PETER C. BECK, Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

Argued December 6, 1945; decided January 18, 1946.

*Samuel D. Smoleff* and *Theodore Fred Kuper* for appellant.
*Ignatius M. Wilkinson, Corporation Counsel (W. Bernard Richland* and *Pauline K. Berger* of counsel), for respondents.

Judgment affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.